622

3 So.2d 917

**Roy R. BOOKER v. STATE.**

5 Div. 126.

Court of Appeals of Alabama.
June 30, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 898

**Olen BOSHELL v. STATE.**

6 Div. 881.

Court of Appeals of Alabama.
May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

8 So.2d 223

**Robert BOSHELL v. CITY OF JASPER.**

6 Div. 886.

Court of Appeals of Alabama.
April 23, 1942.

PER CURIAM.
Appeal dismissed, want of prosecution.

3 So.2d 917

**Anderson, alias Arnce, BOULDIN v. STATE.**

8 Div. 75.

Court of Appeals of Alabama.
May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

8 So.2d 898

**Dewey (alias Nooky) BOYD v. STATE.**

6 Div. 851.

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

5 So.2d 842

**Wallace BOYD v. STATE.**

6 Div. 809.

Court of Appeals of Alabama.
Jan. 13, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.